

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

November 25, 1959

Honorable Glyndon M. Hague
County Attorney
Johnson County
Cleburne, Texas

Opinion No. WW-744

Re: Whether a farm trailer used once
or twice a month on the public high-
ways for such purposes as carrying
small loads of lumber from a city to
a dairy farm for use on the same is
required to be registered under Art.
6675a-2, V. C. S.

Dear Mr. Hague:

Your letter reads, in part, as follows:

"This is a request for an opinion of your office concern-
ing the interpretation of Article 6675a-2 of the Revised
Civil Statutes of the State of Texas, relating to the re-
gistration of motor vehicles and trailers.

"This Article provides that the owners of farm trailers
operated or moved temporarily upon the highways shall
not be required to register such farm trailer, provided
such farm trailers are operated in conformity with all
provisions of the law and providing further that such
exemption shall not apply to farm trailers weighing in
excess of 4,000 pounds and not used for hire.

"The question I wish to submit is this: Is a farm trailer
weighing 1,600 pounds and whose gross weight loaded
never exceeds 4,000 pounds and which trailer is used
not more than once or twice each month upon the public

highways of the State of Texas for such purposes as carrying small loads of lumber from the city to the dairy farm for the construction of a dairy barn, required to be registered or is it exempted under the provisions of Article 6675a-2?

"I have carefully studied Article 6675a-2 and the question posed here is based squarely upon the interpretation of the phrase 'operated or moved temporarily upon the highway' . . . . "

Article 6675a-2, V. C. S. as amended reads, in part:

"Owners of farm tractors, farm trailers, farm semi-trailers . . . operated or moved temporarily upon the highways shall not be required to register . . . . "

Article 6675a-1, V. C. S., paragraph "q", reads as follows:

"By 'operated or moved temporarily upon the highways' is meant the operation or conveying between different farms, and the operation or conveyance from the owner's farm to the place where his farm produce is prepared for market or where same is actually marketed and return."

In view of the fact that your question deals with hauling of lumber from a city to a dairy farm, we are of the opinion that the trailer must be registered in accordance with Article 6675a-2, V. C. S., inasmuch as the facts set out in said question do not conform with any of the definitions set out in Article 6675a-1, V. C. S.

## SUMMARY

A farm trailer used once or twice a month on the public highways for the purpose of hauling lumber from a city to a dairy farm for use on the farm is required to be registered under Article 6675a-2, V. C. S.

Yours very truly,

WILL WILSON
Attorney General of Texas

By John C. Phillips
John C. Phillips
Assistant

JCP:nb

APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman

J. C. Davis
Houghton Brownlee, Jr.
Paul Floyd
Ray Loftin

REVIEWED FOR THE ATTORNEY GENERAL

By: Leonard Passmore